Daniel M. Hattis (SBN 232141)
Email: dan@hattislaw.com
Paul Karl Lukacs (SBN 197007)
Email: pkl@hattislaw.com
HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171

*Attorneys for Plaintiffs*
*and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAKA GARVIN and DANIEL ZEPEDA, for themselves, as private attorneys general, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>EXTEND, INC.,<br><br>                              Defendant. | Case No. 3:26-cv-01432-TSH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)(i)]** |

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL

**NOTICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Chaka Garvin and Daniel Zepeda (each a "Plaintiff") hereby provide notice that:

a) each Plaintiff hereby dismisses *__without__* **prejudice** the operative Complaint (Dkt. 1) to the extent the Complaint is alleged in each Plaintiff's individual or personal capacity, and

b) each Plaintiff hereby dismisses *__without__* **prejudice** the Complaint to the extent the Complaint is alleged in each Plaintiff's capacity as a proposed representative of a putative class.

Defendant Extend, Inc., has not served an answer or a motion for summary judgment in this action.

Pursuant to Fed.R.Civ.P. 23(e), each Plaintiff provides notice that a class has not been certified in this action and that no settlement class has been proposed in this action.

Date: April 7, 2026

Presented by:

HATTIS LUKACS & CORRINGTON

By: _____
Daniel M. Hattis (SBN 232141)
Email: dan@hattislaw.com
Paul Karl Lukacs (SBN 197007)
Email: pkl@hattislaw.com
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650

*Attorneys for Plaintiffs*
*and the Proposed Class*

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL